IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL NEWSOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-0225-CV-W-HFS |
| | ) | |
| SIGNATURE REAL ESTATE SERVICE, | ) | |
| INC. d/b/a SIGNATURE PROPERTY | ) | |
| MANAGEMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

There is a long-pending motion to dismiss this case without prejudice and to compel arbitration (Doc. 3). Defendants Rolleg and Signature Real Estate Service, Inc. have presented material showing that plaintiff was employed by Signature, that he signed an arbitration agreement relating to employment controversies, and that he is attempting to litigate claims based on his employment. Plaintiff, proceeding pro se, has filed material asserting unfairness of a bar against litigation, but has not adequately responded to the motion or suggestions. Whether he would have done better if he had counsel is a moot question.

Based on the suggestions in support of the motion (Doc. 4) and the reply (Doc. 10), I hereby GRANT the motion at issue (Doc. 3), direct the parties to proceed to arbitration pursuant to the agreement, and DISMISS without prejudice the complaint against the named defendants.

/s/ Howard F. Sachs  
HOWARD F. SACHS  
UNITED STATES DISTRICT JUDGE

March  29 , 2010

Kansas City, MO